<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-2187**

———————

CAROL L. PRIOR,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  Glen E. Conrad, Magistrate Judge.  (CA-96-213-B)

———————

Submitted:  January 29, 1999          Decided:  June 22, 1999

———————

Before WIDENER and MICHAEL, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Carol L. Prior, Appellant Pro Se.  David Stephen Wiedner, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carol L. Prior appeals the magistrate judge's order granting the Commissioner's motion for summary judgment, and affirming the Commissioner's decision denying disability insurance benefits and supplementary security income.[1]  We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge.[2] See Prior v. Apfel, No. CA-96-213-B (W.D. Va. Mar. 19, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[1] The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (1994).

[2] We note that Prior submitted to this court medical reports prepared subsequent to the district court's final judgment and order.  We find that the reports do not constitute material new evidence and thus no remand is warranted.  See 42 U.S.C. § 405(g) (1994); Wilkins v. Secretary, Dep't of Health & Human Servs., 953 F.2d 93, 95-96 (4th Cir. 1991).